



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

February 10, 2025

**BY ECF**
Honorable Dale E. Ho
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

> Application **GRANTED**. The VOSR conference previously scheduled for February 12, 2025, shall be adjourned until **April 25, 2025, at 11:00 a.m.** The Clerk of Court is respectfully requested to close ECF No. 16. **SO ORDERED.**
>
> Dated: February 11, 2025  Dale E. Ho
> New York, New York   United States District Judge

Re:   *United States v. Roy Martinez*, 24 Cr. 309 (DEH)

Dear Judge Ho:

    The Government submits this letter with the consent of defense counsel and the United States Probation Office ("Probation"), to respectfully request an approximately 60-day adjournment of the violation of supervised release ("VOSR") conference currently scheduled for February 12, 2025, in the above-captioned matter.

    As the Court is aware, violations six through eight in the amended violation report dated November 6, 2024 (the "Violation Report"), relate to a pending criminal case in Bronx County. The Government understands that the defendant's next appearance in the Bronx County criminal case is scheduled for April 9, 2025, and that the Bronx County District Attorney's Office is seeking to indict the defendant in connection with that case before April 9. Accordingly, the Government requests that the Court adjourn the conference for approximately 60 days to allow time for the state case to progress and for the parties to be able to discuss the next steps in the pending VOSR proceedings. The parties are generally available during the week of April 14, 2025, other than the morning of April 15.

Respectfully submitted,

DANIELLE R. SASSOON
United States Attorney

By:  _____
Varun A. Gumaste
Assistant United States Attorney
(212) 637-1023

cc:    Sylvie Levine, Esq. (by ECF)