

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

June 27, 2025

**BY ECF**
Honorable Dale E. Ho
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

> Application **GRANTED.** The VOSR conference previously scheduled for June 30, 2025, shall be adjourned until **September 2, 2025, at 11:00 a.m.** The Clerk of Court is respectfully requested to close ECF No. 22. **SO ORDERED.**
>
> Dated: June 27, 2025         Dale E. Ho
> New York, New York           United States District Judge

Re:    *United States v. Roy Martinez*, 24 Cr. 309 (DEH)

Dear Judge Ho:

The Government submits this letter with the consent of defense counsel and the United States Probation Office, to respectfully request an approximately two-month adjournment of the violation of supervised release ("VOSR") conference currently scheduled for June 30, 2025, in the above-captioned matter.

As the Court is aware, violations six through eight in the amended violation report dated November 6, 2024, relate to a pending criminal case in Bronx County. The Government has conferred with the Bronx District Attorney's Office and understands that the parties in that case have submitted pretrial motions, or are in the process of doing so, that will likely be adjudicated at the next conference on August 13, 2025.

The Government and defense counsel have discussed a potential resolution of the pending VOSR proceedings but believe that the progress of the Bronx County case will impact the viability of any such resolution. The Government is willing to wait until after the next conference in the state case to allow the state case to progress and to continue discussions regarding a resolution to these proceedings. Accordingly, the Government respectfully requests that the Court adjourn the VOSR conference for approximately two months. The parties are generally available from August 18 to 25.

Page 2

If the parties are unable to reach a resolution by the next conference in this matter, the Government intends to ask the Court to schedule a VOSR hearing.

Respectfully submitted,

JAY CLAYTON
United States Attorney

By: _____
Varun A. Gumaste
Assistant United States Attorney
(212) 637-1023

cc: Sylvie Levine, Esq. (by ECF)