UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

Roy Martinez,

Defendant.

24-CR-309 (DEH)

ORDER

DALE E. HO, United States District Judge:

On April 15, 2026, the Court heard argument on Mr. Martinez's alleged violations of supervised release.  For the reasons stated on the record, the Court ruled that the Government has not met its burden as to Specifications 1-4, so Mr. Martinez is **NOT GUILTY** as to those specifications.  The Government did not pursue Specification 5, so that specification is **DISMISSED**.  The Court ruled that the Government has met its burden as to Specifications 6-8, so Mr. Martinez is **GUILTY** as to those specifications.

The Court will hold sentencing on May 20, 2026 at 10:00 a.m. in Courtroom 905 of the Thurgood Marshall United States Courthouse.  The parties are **DIRECTED** to file pre-sentencing submissions by May 13, 2026.  These submissions shall take the form of letters that address (1) any update to the history and characteristics of Mr. Martinez since the pre-sentence report on his underlying charge, and (2) any other issues the parties wish to address.

SO ORDERED.

Dated: April 15, 2026
       New York, New York

DALE E. HO
United States District Judge

1